Form 3A
(10/05)

# United States Bankruptcy Court

_____ District Of ____Illinois____

In re __WENDY PETERSON__,
Debtor

Case No. _07B21314_

Chapter _13_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _274_ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ _70.00_   Check one ☑ With the filing of the petition, or
                          ☐ On or before _____

   $ _68.50_ on or before _Dec 14, 2007_

   $ _68.50_ on or before _Jan 14, 2008_

   $ _67.00_ on or before _Feb 13, 2008_

   * The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____
Signature of Attorney        Date

_____
Name of Attorney

_Wendy Peters_  _11-14-2007_
Signature of Debtor          Date
(In a joint case, both spouses must sign.)

_____
Signature of Joint Debtor (if any)   Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
NOV 1 4 2007
KENNETH S. GARDNER, CLERK
PS REP

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
### _____ District Of _____ Illinois _____

In re __Wendy Helen Peterson__
                    Debtor

Case No. __07B21314__

Chapter __7__

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one ☐   With the filing of the petition, or
                            ☐   On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __NOV 14 2007__

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

_United States Bankruptcy Judge_