IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Peterson, Wendy H | Case Number: 07 B 21314 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/3/08 | Filed: 11/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 5, 2008
Confirmed: January 10, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 200.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 200.00 |
| Totals: | 200.00 | 200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Capital One | Unsecured | 184.67 | 0.00 |
| 2. | Jefferson Capital Systems LLC | Unsecured | 71.84 | 0.00 |
| 3. | AmeriCash Loans, LLC | Unsecured | 69.31 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 40.88 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 87.34 | 0.00 |
| 6. | Nextel Communications | Unsecured | | No Claim Filed |
| 7. | Payday Loan | Unsecured | | No Claim Filed |
| 8. | Northwestern Medical Faculty | Unsecured | | No Claim Filed |
| 9. | Concentra Health Services | Unsecured | | No Claim Filed |
| 10. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 11. | Comcast | Unsecured | | No Claim Filed |
| 12. | J V D B & Associates | Unsecured | | No Claim Filed |
| | | | $ 454.04 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Peterson, Wendy H

Printed:  9/3/08

Case Number:  07 B 21314
Judge:  Wedoff, Eugene R
Filed:  11/14/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

